# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Andres Hernandez Hernandez

                                Plaintiff,

v.                                                                      Case No.: 1:19−cv−00521

                                                                          Honorable John F. Kness

IIR, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2020:

      MINUTE entry before the Honorable John F. Kness: The parties having filed a stipulation of dismissal [44], this case is dismissed without prejudice and with the parties granted leave to reinstate on or before 5/15/2020. If no motion to reinstate is filed by 5/15/2020, the dismissal shall convert to a dismissal with prejudice without further order of the Court. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.